UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROLYN DANIELS,

       Plaintiff,                            Civil Action No.
                                                        08-CV-12292

vs.

                                                        HON. BERNARD A. FRIEDMAN

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

**ORDER ACCEPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

On March 31, 2009, Magistrate Judge R. Steven Whalen submitted a Report and Recommendation ("R&R") in which he recommends that Defendant's Motion for Summary Judgment be granted and that Plaintiff's Motion for Summary Judgment be denied. No objections have been filed, and the time to do so has expired. This Court has had an opportunity to fully review this matter and believes that Magistrate Judge Whalen has reached the proper conclusions for the proper reasons. Accordingly,

IT IS ORDERED that Magistrate Judge Whalen's R&R dated March 31, 2009, is accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment [docket

entry 7] is denied.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment [docket entry 9] is granted.

|  |  |
|---|---|
| | S/Bernard A. Friedman____ |
| Dated: April 20, 2009___ | BERNARD A. FRIEDMAN |
| Detroit, Michigan | SENIOR UNITED STATES DISTRICT JUDGE |

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 20, 2009, by electronic and/or ordinary mail.

S/Carol Mullins
Case Manager